UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| JAMES COLE<br>ADC #156088 | PLAINTIFF |
| V. No. 4:20CV00022-BRW-JTR | |
| NEVADA COUNTY JAIL | DEFENDANT |

## **TRANSFER ORDER**

Plaintiff James Cole ("Cole") has filed a *pro se* § 1983 Complaint alleging that unidentified individuals at the Nevada County Jail, where he is incarcerated, are violating his constitutional rights. *Doc. 2.*

In a case that is not based on diversity jurisdiction, venue is proper in the judicial district where "any defendant resides" or "a substantial part of the events or omissions giving rise to the claim occurred." 28 U.S.C. § 1391(b). The events giving rise to Cole's claims occurred in Nevada County in Prescott, Arkansas, and the only named Defendant (the Nevada County Jail) also is located in that county. Nevada County is in the Western District of Arkansas. The interest of justice will best be served by transferring the case to that District. *See* 28 U.S.C. § 1406(a).

IT IS THEREFORE ORDERED THAT the Clerk should IMMEDIATELY TRANSFER this case to the United States District Court for the Western District of Arkansas.

DATED this 9th day of January, 2020.

_____
UNITED STATES MAGISTRATE JUDGE